52 A.3d 218

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Ameer BEST, Petitioner.**

**No. 83 EM 2011.**

Supreme Court of Pennsylvania.

Aug. 27, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 27th day of August, 2012, the Petition for Leave to File Cross–Petition for Allowance of Appeal *Nunc*

*Pro Tunc* is **GRANTED**. As counsel represents the Cross–Petition for Allowance of Appeal is prepared, counsel is directed to file it within 10 days of this order.